\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_NORTHERN_ DISTRICT OF _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.** 9:12-CV-835 MAD

**DONALD MACK DOVE,**
   Petitioner,

  v.

**WILLIAM LEE,**
   Respondent.

  **XX** **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**, that the petition, Dkt. No. 1, is **DISMISSED**; and the Court further **ORDERS** that no certificate of appealability shall issue in this case because Petitioner has failed to make a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2), all in accordance with the Decision and Order of the Honorable Mae A. D'Agostino, U.S. District Judge, signed May 5, 2014.

**DATE:** May 5, 2014

              _Lawrence K. Baerman_
              Clerk of Court

              S/Britney Norton
              By: Deputy Clerk